IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


MAURICE R. GOINS,                          )
                          Plaintiff        )
                                           )
        vs.                                ) Civil Action No. 10-1102
                                           ) Judge Donetta Ambrose/
DONNA JO McDANIEL, President Judge,        ) Magistrate Judge Cathy Bissoon
individually and in her official capacity, )
et al.,                                    )
                          Defendants       )


## MEMORANDUM ORDER


The above-captioned pro se civil rights action was received by the Clerk of Court on

August 23, 2010 and was originally referred to the late Chief United States Magistrate Judge Amy

Reynolds Hay for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C.

§ 636(b)(1), and the Local Civil Rules 72.C and D. Subsequent to Chief Magistrate Judge Hay's

untimely death, the case was referred to Magistrate Judge Bissoon.

Magistrate Judge Bissoon filed a Report, ECF No. 12, on November 5, 2010, and

recommended that prior to service, the civil rights complaint be dismissed for failure to state a

claim upon which relief can be granted pursuant to the PLRA screening provisions. Service was

made on the Plaintiff at his address of record via first class mail. No objections were filed.

After review of the pleadings and the documents in the case, together with the Report and

Recommendation, the following order is entered:

        **AND NOW**, this _15th_ day of December, 2010;

        **IT IS HEREBY ORDERED** that the Complaint is dismissed for failure to

state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. 12, filed on November 5, 2010 by Magistrate Judge Bissoon, is adopted as the opinion of the court.

Donetta W. Ambrose
United States District Judge

Dated:

cc:     The Honorable Cathy Bissoon
        United States Magistrate Judge


        Maurice R. Goins
        EB-7972
        SCI-Albion
        10745 State Route 18
        Albion, PA 16475 0002